| Date | Pleading Number | |
|---|---|---|
| 5/21/71 | 1. | Motion (w/supporting memo) of Plaintiffs in D.C. Cases for consolidation of 15 actions pending in six different courts into the Southern District of New York. (Certificate of Service att'd) Also, motion of Colonial Realth Co. (E.D. Pa., No. 71 Civ. 627) |
| 5/26/71 | = | Addition to the motion of plaintiffs filed 5/21/71 Exhibit A |
| 6/1/71 | | Request of Occidental Petroleum, Occidental Petroleum Land & Development and Armand Hammer for all parties to file brief in respnse to motiom to and incl. 6/15/71 |
| 6/1/71 | | EXTENSION OF TIME for all parties to & incl. 6/15/71 to respond to motion. |
| 6/7/71 | 2 | Plaintiffs - Mutual Benefit Investors Club, Carl F. Beuchert, John S. Dabrowski and Barbara A. Dabrowski - Joinder in Motion for Consolidation and transfer under 28 U.S.C. 1407. |
| 6/11/71 | | OCCIDENTAL PETROLEUM CORP., OCCIDENTAL PETROLEUM LAND AND DEVELOPMENT CORP and ARMAND HAMMER (Defendants) Request for Hearing |
| 6/11/71 | | Addition to the motion of plaintiffs filed 5/21/71 Exhibit A  B1 ChuB4 |
| 6/15/71 | 3 | OCCIDENTAL PETROLEUM CORP; OCCIDENTAL PETROLEUM LAND AND DEVELOPMENT CORP.: ARMAND HAMMER - Response and Memo in Opposition to Plaintiffs motion to transfer. |
| 6/17/71 | 4 | JOSEPH LEWNER (P) Brief in support of motion to transfer w/affidavit of service |
| 6/17/71 | 5. | Jack C. Handley, Annie U. Handley, H.A. Handley, F.K. Handley and Eve Mitchell (P's) Brief in support of motion to transfer w/affidavit of service |
| 6/17/71 | 6 | Mary Green (P) Brief in support of transfer |
| 6/17/71 | 7. | Chatley McMurdie and Laurence E. Myers (P) Motion to response to transfer w/affidavit of service |
| 6/21/71 | 8 | Jess Gordon Oliver (P) Response to motion w/certificate of service |
| 6/23/71 | | HEARING ORDER entered. Set for July 30, 1971 Denver, Colorado Notified Counsel, and involved judges. |
| 6/23/71 | 9 | Occidental Petroleum, Armand Hammer and Arthur Andersen response to motion (D's) |
| 6/25/71 | 10. | JOINDER OF PLAINTIFFS FRANKEL (S.D. N.Y. 71Civ.1188) in Motion. |
| 6/28/71 | 11 | McMurdie and Myers (P's) response to Motion w/ affidavit of service |
| 7/9/71 | | FRANKEL V. SEC., S.D. N.Y., No. 71 Civ. 2369 (C-1) Order to Show Cause & Notice of Hearing. Sent to counsel, Involved Judges and hearing clerk. |
| 7/19/71 | 12 | Letter of movants stating withdrawal of opposition to transfer to Calif. |
| 7/23/71 | 13 | Mutual Benefit Investors Club, Carl F. Buchert, Dabrowski's (Ps) Joinder in motion for consolidation and transfer w/certificate of service |
| 7/23/71 | 14 | Response of SEC to SCO in Frankel v. SEC., S.D. N.Y., 71 Civ. 2369. |
| 7/23/71 | 15 | Responseo fplaintiffs in Frankel v. SEC |
| 7/23/71 | 16 | Supplemental letter response of movants. |
| 7/26/71 | | Certificate of Service of Response of SEC |
| 7/26/71 | 17 | Supplemental Affidavit of Occidental Petroleum Occidental Land & A. Hammer |
| 8/17/71 | | FRANK FRANKEL, ET AL. V. SEC, ET AL., S.D. NEW YORK 71 Civ. 2369 Order - denying transfer or consideration of transfer with the litigation at this time. Sent to Counsel, Hearing Clerk, S.D.N.Y. Clerk, Judge. |

| Date | Pleading Number | |
|---|---|---|
| 9/22/71 | | ORDER - Denying transfer A-1 through A-17 and B-1 through B-4 Notified transferor court clerks and judges, hearing clerk and attorneys. |
| 9/28/71 | 18 | Status Report from Philip F. Westbrook, Jr. |

*Order denying transfer entered Sep 22, 1971*

DOCKET NO. 73

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation

OCCIDENTIAL PETROLEUM SECURITIES FRAUD LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Mary Green v. Occidental Petroleum Corp., et al. *(C.D. Cal 71-591)* | C.D. Calif. 71-591-~~RJK~~ | ~~Kelleher~~ Byrne, Jr. Kelleher | | |
| A-2 | Chatley McMurdie v. Occidental Petroleum Corp., et al. | ~~N.D. Calif.~~ ~~71-435-LHB~~ Kelleher | ~~Burke~~ Kelleher | 71-1375 RJK | Transferred to C.D. Calif. |
| A-3 | William Frank v. Occidental Petroleum Corp., et al. | ~~D.C.~~ ~~489-71~~ | ~~Hart~~ Kelleher | 71-1253 RJK | Trans'd to C.D. Calif.- by J. Hart |
| A-4 | David Steinberg & Dorothy Steinberg v. Occidental Petroleum Corp., et al. | ~~D.C.~~ ~~795-71~~ | ~~Hart~~ Kelleher | 71-1327 RJK | 5/21/71 Transferred To C.D. Calif. |
| A-5 | Mandall Kaplan v. Occidental Petroleum Corp., et al. | N.D. Ill. 71C 589 | Austin | | *to C.D. Cal 9/17/71* *Transferred to C.D. Cal 9/7/71* |
| A-6 | Hyman Saminsky v. Occidental Petroleum Corp., et al.  71-1668 RJK | S.D. N.Y. 71 Civ. 1021 | Metzner | | |
| A-7 | Isadorf Lief & Irving Miller v. Occidental Petroleum Corp., et al.  71-1682 RJK | S.D. N.Y. 71 Civ 1024 | ~~Cannella~~ Metzner | | transferred to CD Calif under #10/6/71 by J. Metzner on 6/25/71 J. Kelleher |
| A-8 | Joseph Lewner, et al. v. Occidental Petroleum Corp., et al.  71-1690 RJK | S.D. N.Y. 71 Civ 1025 | Metzner | | |
| A-9 | Sam Tisser, et al. v. Armand Hammer, et al.  71-1702 RJK | S.D. N.Y. 71 Civ 1043 | " | | |
| A-10 | Mutual Benefit Investors Club, et al. v. Occidental Petroleum Corp., et al. 71-1710 RJK | S.D. N.Y. 71 Civ 1174 | " | | |
| A-11 | Frank Frankel, et al. v. Occidental Petroleum Corp., et al.  71-1722 RJK | S.D. N.Y. 71 Civ 1188 | Metzner | | |
| A-12 | Samuel Musnikov, v. Occidental Petroleum Corp., et al.  71-1752 RJK | S.D. N.Y. 71 Civ 1506 | Tyler | | |
| A-13 | Pearl Trager, et al. v. Occidental Petroleum Corp., et al.  71-1751 RJK | S.D. N.Y. 71 Civ 1436 | Tenney | | C.D. Calif |
| A-14 | Lazaar Henkin v. Occidental Petroleum Corp., et al.  71-2333-RJK | S.D. N.Y. 71 Civ 1518 | | | C.D. Calif 9/20 |

DOCKET NO. **73**

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

OCCIDENTAL PETROLEUM SECURITIES FRAUD LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-15 | Betty Volk v. Occidental Petroleum Corp., et al. *71-1750 RJK* | S.D. N.Y. 71 Civ 1386 | | | |
| A-16 | William Weinberger v. Occidental Petroleum Corp., et al. *71-1811 RJK* | S.D. N.Y. 71 Civ. 1622 | McGohey | | |
| A-17 | Colonial Realty Company v. Occidental Petroleum Corp., et al. *71-1784 RJK* | E.D. Pa. 71-627 | Higginbotham | | |
| B-1 | Eve Mitchell, et al. v. Occidental Petroleum Corp., et al. | C.D. Cal. 71-990 ~~WMB~~ *RJK* | ~~Byrne~~ | | |
| B-2 | Jack C. Handley, et al. v. Occidental Petroleum Corp., et al. | C.D. Cal. 71-989 ~~WMB~~ *RJK* | ~~Byrne~~ | | |
| B-3 | Jess Gordon Oliver v. Armand Hammer, et al. *71-1757 RJK* | S.D. N.Y. 71 Civ. 2134 | | | |
| B-4 | Bella Bronzaft v. Armand Hammer, et al. *71-1749 RJK DISM* | S.D. N.Y. 71 Civ. *1366* | *PR 4/27/73* | | |
| C-1 | Frank Frankel, et al. v. Securities and Exchange Commission, et al. *STRICKEN 8/17/71 order* | S.D. N.Y. 71 Civ. 2369 | Lasker | | |

DOCKET NO. 73

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

OCCIDENTAL PETROLEUM SECURITIES FRAUD LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | JACK CORINBLIT, ESQ.<br>Corinblit and Shapero<br>3700 Wilshire Boulevard, Suite 575<br>Los Angeles, California 90005 | OCCIDENTAL PETROLEUM CORPORATION<br>Phillips, Nizer, Benjamin, Krim<br>  & Ballon<br>477 Madison Avenue<br>New York, New York |
| A-2 | Benjamin F. Schwartz, Esquire<br>Schwartz & Alschuler<br>1880 Century Park East, Suite 1212<br>Los Angeles, California  90067 | ARTHUR ANDERSON & CO.<br>Breed, Abbott & Morgan<br>1 Chase Manhattan Plaza<br>New York, New York |
| A-3 | Herbert E. Milstein, Esquire<br><s>Jerry S. Cohen, Esquire</s><br>1776 K Street, N.W.<br>Washington, D. C.  20006 | DR. ARMAND HAMMER<br>Simpson, Thatcher & Bartlett<br>One Battery Park Plaza<br>New York, New York  10004 |
| A-4 | David Berger, Esquire<br><s>800 Federal Bar Building</s> 1622 Locust<br><s>Washington, D. C.</s> Phila. Penna. | |
| A-5 | Charles Pressman, Esquire<br>Pressman & Hartunian<br>134 North LaSalle Street<br>Chicago, Illinois  60602 | OCCIDENTAL PETROLEUM<br>DR. ARMAND HAMMER<br>Jerome J. Shestack, Esquire |
| A-6 | Mordecai Rosenfeld, Esquire<br>233 Broadway<br>New York, New York  10007 | Schnader, Harrison, Segal & Lewis<br>1719 Packard Building<br>Philadelphia, Pennsylvania  19102 |
| A-7 | Kaufman, Taylor, Kimmel & Miller<br>41 East 42nd Street<br>New York, New York  10017 | ARTHUR ANDERSON & CO.<br>Donald A. Scott, Esquire<br>Morgan, Lewis & Bockius<br>2107 The Fidelity Building |
| A-8 | STANLEY M. GROSSMAN, ESQ.<br>Pomerantz, Levy, Haudek & Block<br>295 Madison Avenue<br>New York, New York  10017 | Philadelphia, Pennsylvania  19109 |
| A-9 | Rosenthal & Gurkin<br>19 West 44th Street<br>New York, New York  10036 | OCCIDENTAL PETROLEUM<br>OCCIDENTAL LAND & DEVELOPMENT CORP.<br>DR. ARMAND HAMMER<br>Philip Westbrook, Esquire<br>O'Melveny & Myers<br>611 West Sixth Street<br>Los Angeles, California 90017 |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-10 | STUART P. Schlesinger, ESQ<br>Julien, Glaser, Blitz & Schlesinger<br>2 Lafayette Street<br>New York, New York  10007 | ARTHUR ANDERSON & CO.<br>Samuel O. Pruitt, Jr., Esquire<br>Gibson, Dunn & Crutcher<br>634 South Spring Street<br>Los Angeles, California  90014 |
| A-11 | DERMOT G. Foley, ESQ.<br>Kaplan, Kilsheimer & Foley<br>122 East 42nd Street<br>New York, New York  10017 | |
| A-12 | I. STEPHEN RABIN, ESQ<br>Rabin & Silverman<br>80 Broad St<br>New York, New York  10004 | Mr. Thomas F. Willers<br>c/o Occidental Petroleum Corp.<br>10889 Wilshire Boulevard<br>Los Angeles, California |
| A-13 | Joseph CALDERON, ESQ<br>Linden & Deutsch<br>110 East 59th Street<br>New York, New York  10022 | Frank F. Fowle, Esquire<br>Paul E. Freehling, Esquire<br>Pope, Ballard, Kennedy, Shepard<br>   & Fowler |
| A-14 | Alexander S. Moser Esq<br>Moser, Henkin, Alper & Winter<br>One Liberty Street<br>New York, New York  10005 | 69 W. Washington Street<br>Chicago, Illinois  60602 |
| A-15 | Arthur W. Lichtenstein, Esquire<br>1123 Broadway<br>New York, New York  10010 | |
| A-16 | Kass, Goodkind, Wexler & Gerstein<br>122 East 42nd Street<br>New York, New York  10007 | |
| A-17 | Harold E. Kohn, Esquire<br>2600 The Fidelity Building<br>Philadelphia, Pennsylvania  19109<br><br>Milton Selig, Esquire<br>Suite 419, One Decker Square<br>Bala Cynwood, Pennsylvania | |
| B-1<br>B-2 | Harry B. Swerdlow, Esq.<br>Swerdlow, Glikbarg & Shimar<br>544 United California Bank Building<br>9601 Wilshire Boulevard<br>Beverly Hills, California  90210 | |
| B-3 | DAVID B. S. Cohen, ESQ<br>Kresge & Cohen<br>919 Third Avenue<br>New York, New York  10022 | |
| B-4 | BerTRAM Bronzaft<br>Garwin & Bronzaft<br>1501 Broadway<br>New York, New York  10036 | |
| C-1 | Same as A-11 | Mr. Kevin Thomas Duffy<br>Regional Office<br>Securities & Exchange Commission<br>26 Federal Plaza<br>New York, New York  10007 |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 73 -- Occidental Petroleum Securities Fraud Litigation

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Occidental Petroleum Corp. | A-1; A-2; A-3; A-4; A-5; A-6; A-7; A-8; A-9; A-10 THRU A-14; A-15; A-16; B-1; B-2; B-3 |
| Armand Hammer | A-1; A-2; A-3; A-4; A-5; A-6; A-7; A-8; A-9; A-10 THRU A-14; A-15; A-16; B-1; B-2; B-3; B-4 |
| William Bellano | A-1; B-1; B-2; B-3; B-4 |
| Willers, Thomas F. | A-1; A-16; B-3; B-4 |
| Bryant, F. Leonard | A-1; B-3; B-4 |
| Deutsch, Eberhard F. | A-1; B-3; B-4 |
| Geismar, Claude | A-1; B-3; B-4 |
| Gates, A. P. | A-1; B-3; B-4 |
| Groman, Arthur | A-1; B-3; B-4 |
| Hamilton, James L. | A-1; B-3; B-4 |

p. 2

| | |
|---|---|
| Lebner, Paul C. | A-1; B-3; B-4 |
| Looker, R. Wilcott | A-1; B-3; B-4 |
| Jacoby, Neil H. | A-1; B-3; B-4 |
| Reid, E C | A-1; B-3; B-4 |
| Schwartz, Charlie H. | A-1; B-3; B-4 |
| Vail, Herman L. | A-1; B-3; B-4 |
| Occidental Land & Development Corp. | A-1; B-1; B-2 |
| Arthur Anderson & Co. | A-3; A-4; A-7; A-8; A-10 thru A-14; B-1; B-2; B-3 |
| | |
| | |
| | |

p. 3

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 73 -- Occidental Petroleum Securities Fraud Litigation

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Reid, E. F. | B-3 |
| Csendes, Ernest | B-3 |
| Wachtell, Thomas | B-3 |
| Commons, Norman | B-3 |
| Vaughn, Richard H. | B-3 |
| Teitsworth, Robert A. | B-3 |
| Lorace, Charles C | B-3 |
| Lee, C. J. | B-3 |
| Rezzonico, Louis A. | B-3; B-4 |
| Heaxe, Ben C. | B-3; B-4 |

p. 4

| | |
|---|---|
| Davis, Walter R. | B-3 |
| Garrett, D. E. | B-3 |
| Klein, R. P. | B-3 |
| Murdy, J. L. | B-3 |
| Klein, R. P. | B-3 |