DOCKET NO. 73

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
SEP 22 1971

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE OCCIDENTAL PETROLEUM SECURITIES FRAUD LITIGATION

ORDER

It appearing that all of the actions on the attached Schedule A, pending in other districts, have been transferred to the Central District of California under 28 U.S.C. §1404(a);

IT IS ORDERED that the motion for consolidation under 28 U.S.C. §1407 be and the same is hereby DENIED as moot.

FOR THE PANEL:

_/s/ Alfred P. Murrah_
Alfred P. Murrah
Chairman

Attachment

SCHEDULE A                                              DOCKET NO. 73

## CENTRAL DISTRICT OF CALIFORNIA

Mary Green v. Occidental Petroleum Corp., et al.        Civil Action
                                                        No. 71-591-RJK

Eve Mitchell, et al. v. Occidental Petroleum            Civil Action
Corp., et al.                                           No. 71-990-WMB

Jack C. Handley, et al. v. Occidental Petroleum         Civil Action
Corp., et al.                                           No. 71-989-WMB

## NORTHERN DISTRICT OF CALIFORNIA

Chatley McMurdie v. Occidental Petroleum Corp.,         Civil Action
et al.                                                  No. 71-435-LHB

## DISTRICT OF COLUMBIA

William Frank v. Occidental Petroleum Corp.,            Civil Action
et al.                                                  No. 489-71

David Steinberg & Dorothy Steinberg v. Occidental       Civil Action
Petroleum Corp., et al.                                 No. 795-71

## NORTHERN DISTRICT OF ILLINOIS

Mandall Kaplan v. Occidental Petroleum Corp.,           Civil Action
et al.                                                  No. 71 C 589

## EASTERN DISTRICT OF PENNSYLVANIA

Colonial Realty Company v. Occidental Petroleum         Civil Action
Corp., et al.                                           No. 71-627

## SOUTHERN DISTRICT OF NEW YORK

Hyman Saminsky v. Occidental Petroleum Corp.,           Civil Action
et al.                                                  No. 71 Civ. 1021

Isadorf Lief & Irving Miller v. Occidental              Civil Action
Petroleum Corp., et al.                                 No. 71 Civ. 1024

Joseph Lewner, et al. v. Occidental Petroleum           Civil Action
Corp., et al.                                           No. 71 Civ. 1025

Sam Tisser, et al. v. Armand Hammer, et al.             Civil Action
                                                        No. 71 Civ. 1043

Mutual Benefit Investors Club, et al. v.                Civil Action
Occidental Petroleum Corp., et al.                      No. 71 Civ. 1174

Frank Frankel, et al. v. Occidental Petroleum           Civil Action
Corp., et al.                                           No. 71 Civ. 1188

SCHEDULE A           - 2 -           DOCKET NO. 73

## SOUTHERN DISTRICT OF NEW YORK (CONTINUED)

| Case | Civil Action No. |
|---|---|
| Samuel Musnikov v. Occidental Petroleum Corp., et al. | 71 Civ. 1506 |
| Pearl Trager, et al. v. Occidental Petroleum Corp., et al. | 71 Civ. 1436 |
| Lazaar Henkin v. Occidental Petroleum Corp., et al. | 71 Civ. 1518 |
| Betty Volk v. Occidental Petroleum Corp., et al. | 71 Civ. 1386 |
| William Weinberger v. Occidental Petroleum Corp., et al. | 71 Civ. 1622 |
| Jess Gordon Oliver v. Armand Hammer, et al. | 71 Civ. 2134 |
| Bella Bronzaft v. Armand Hammer, et al. | 71 Civ. 1368 |